Rosser, solicitor-general, *et al. v.* Lam Amusement Co. *et al.*

Atkinson, Presiding Justice. The allegations of the petition as set forth in the accompanying statement of facts, show a cause of action for injunctive relief. *Rose Theater* v. *Lilly,* 185 *Ga.* 53 (193 S. E. 866); *Atkinson* v. *Lam Amusement Co.,* 185 *Ga.* 379 (195 S. E. 156). The judge erred in sustaining the demurrer to the petition and dismissing the action. See *Thompson* v. *Atlanta,* 178 *Ga.* 281 (2) (172 S. E. 915).

*Judgment reversed. All the Justices concur.*

No. 12155. March 10, 1938.

*Maddox, Matthews & Owens,* for plaintiff.
*Lanham & Parker* and *Wright & Covington,* for defendant.